IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

_____

| | | |
|---|---|---|
| CHARLES A. COLOSIMO, SR., | ) | Docket No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPLAINT AND JURY DEMAND |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

_____

COMES NOW the Plaintiff, Charles A. Colosimo, Sr., and in support of his complaint, states:

1. Plaintiff is an individual residing at 806 Maish Avenue, Des Moines, IA 50315.

2. Defendant is the United States of America.

3. This is an action for the recovery of taxes, interest and penalties erroneously or illegally assessed and collected, and this Court has jurisdiction by reason of 28 U.S.C. § 1346(a)(1).

4. On or about September 19, 2008, Plaintiff filed a timely Claim for Refund (Form 843 – Claim for Refund and Request for Abatement) with the Internal Revenue Service at Minneapolis, Minnesota, requesting a refund of the trust fund recovery penalty of $100 for the 12/31/01 quarter. A copy of said Form 843 is attached hereto, marked Exhibit "A" and made a part hereof.

5. Defendant has denied Plaintiff's claim for refund and abatement.

6. The bases of Plaintiff's claim for refund and abatement are contained in said

claim for refund which is incorporated herein by reference.

WHEREFORE, Plaintiff demands judgment to abate the trust fund recovery penalty and refund all amounts withheld by Defendant from Plaintiff, plus interest and costs allowed by law, and such other relief as the Court may deem just, including the award of attorney fees under 26 U.S.C. § 7430.

Respectfully submitted,

/s/ James R. Monroe
JAMES R. MONROE, ESQ. (PK #168993)
2115 Forest Avenue
P.O. Box 41355
Des Moines, IA 50311
Telephone:  515/244-0652
Facsimile:  515/244-3579

ATTORNEY FOR PLAINTIFF

## JURY DEMAND

Plaintiff hereby demands a jury on all issues triable by a jury.

                Respectfully submitted,

                /s/ James R. Monroe
                JAMES R. MONROE, ESQ. (PK #168993)
                2115 Forest Avenue
                P.O. Box 41355
                Des Moines, IA 50311
                Telephone:  515/244-0652
                Facsimile:  515/244-3579

                ATTORNEY FOR PLAINTIFF

Form **843**
(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

► See separate instructions.

OMB No. 1545-0024

Use Form 843 only if your claim involves **(a)** one of the taxes shown on line 3a or **(b)** a refund or abatement of interest, penalties, or additions to tax on line 4a.
**Do not** use Form 843 if your claim is for—
- An overpayment of income taxes;
- A refund for nontaxable use (or sales) of fuel; or
- An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| Name of claimant | Your SSN or ITIN |
|---|---|
| CHARLES A COLOSIMO, SR. | 478 : 42 : 1109 |
| Address (number, street, and room or suite no.) | Spouse's SSN or ITIN |
| 806 MAISH AVE | |
| City or town, state, and ZIP code | Employer identification number (EIN) |
| DES MOINES, IA   50315 | |
| Name and address shown on return if different from above | Daytime telephone number |
| | ( ) |

**1  Period.** Prepare a separate Form 843 for each tax period
From  10 / 01 / 2001  to  12 / 31 / 2001

**2  Amount to be refunded or abated**
$ 100.00

**3a  Type of tax, penalty, or addition to tax:**
☐ Employment    ☐ Estate    ☐ Gift    ☐ Excise (see instructions)
☑ Penalty—IRC section ► 6672

**b  Type of return filed (see instructions):**
☐ 706  ☐ 709  ☐ 940  ☐ 941  ☐ 943  ☐ 945  ☐ 990-PF  ☐ 4720  ☐ Other (specify)

**4a  Request for abatement or refund of:**
☐ Interest as a result of IRS errors or delays.
☐ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b  Dates of payment ►** _____

**5  Explanation and additional claims.** Explain why you believe this claim should be allowed, and show the computation of your tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**In the alternative -**

1. Taxpayer is not a responsible person and did not willfully fail to pay, collect, or account for withholding taxes, and/or

2. IRS improperly assessed the IRC Section 6672 penalty against Taxpayer, and/or

3. The amount assessed is improper.

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

*Charles A Colosimo SR*  —  9/19/08
Signature (Title, if applicable. Claims by corporations must be signed by an officer.)   Date

_____   _____
Signature                    Date

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10180R    Form **843** (Rev. 11-2005)